UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,           :

    -against-                                    :         14 Cr. 712 (CS)

FREDDIE SERRANO,                          :         ORDER

    Defendant                                   :
_____x

CATHY SEIBEL, United States District Judge:

    The Defendant, Freddie Serrano, anticipates filing a motion for home detention pursuant 18 U.S.C. § 3624 or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue,

    It is hereby ORDERED that the Bureau of Prisons[1] and/or the Orange County Jail, release to Defendant's counsel of record, Andrew G. Patel, Esq., within five business days of this Order:

        (1) Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

        (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

Dated: April 13, 2020
White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL
United States District Judge

---

[1] The term Bureau of Prisons shall be interpreted to include any state facility, including the Orange County Jail, wherein a federal detainee/defendant is being housed.