UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
: **PRELIMINARY ORDER OF FORFEITURE AS TO**
- v. -
: **SUBSTITUTE ASSETS**

FREDDIE SERRANO,
: S2 14 Cr. 712 (CS)

        Defendant.
.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 29, 2015, FREDDIE SERRANO (the "Defendant"), was charged in a four-count Superseding Information, S2 14 Cr. 712 (CS) (the "Information"), with conspiracy to distribute heroin, in violation of Title 21, United States Code, Section 846 (Count One); possession of a firearm in furtherance of the heroin distribution conspiracy, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count Two); conspiracy to distribute cocaine, in violation of Title 18, United States Code, Section 846 (Count Three); and possession of a firearm in furtherance of the cocaine distribution conspiracy, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count Four);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Three, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offenses alleged in Counts One and Three of the Information and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the offenses alleged in Counts One and Three of the Information including but not limited to a money judgment representing the proceeds obtained as a result of the commission of the offenses alleged in Counts One and Three of the Information;

WHEREAS, on or about February 29, 2016, the Defendant pled guilty to Counts One through Four of the Information pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Three of the Information and agreed to forfeit to the United States a sum of money equal to $8,532 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One and Three of the Information;

WHEREAS, on or about February 29, 2016, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (D.E. 143), which imposed a forfeiture money judgment against the Defendant in the amount of $8,532 in United States currency (the "Money Judgment"), representing the proceeds obtained as a result of the commission of the offenses charged in Counts One and Three of the Information;

WHEREAS, to date, the entire Money Judgment entered against the Defendant remains unpaid;

WHEREAS, as a result of acts and omissions of the Defendant, the United States has not been able to locate, obtain or collect assets traceable to the proceeds of the Defendant's offenses, despite the exercise of due diligence in investigating the assets of the Defendant;

WHEREAS, the Government has identified the following specific assets in which the Defendant has an ownership interest that were seized by the Government seized on or about October 31, 2014:

    a. $8,488.00 in United States currency seized from the Defendant to the time of arrest;

(the "Substitute Asset"); and

WHEREAS, the Government is seeking the forfeiture of all of the Defendant's right, title and interest in the Substitute Assets.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. All of the Defendant's right, title and interest in the Substitute Assets is hereby forfeited to the United States of America, for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853(n).

2. Upon entry of this Preliminary Order of Forfeiture as to Substitute Assets, the United States Marshals Service, or its designee, is hereby authorized to take possession of the Substitute Assets and to keep it in its secure, custody and control.

3. Upon entry of a Final Order of Forfeiture, the Substitute Assets shall be applied towards the satisfaction of the Money Judgment entered against the Defendant.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall publish for at least thirty (30) consecutive days on the official government internet forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture as to Substitute Assets and provide notice that any person, other than the Defendant in this case, claiming an interest in the Substitute Assets must file a petition within sixty (60) days from the first day of publication of the notice on this official government internet site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The notice referenced in the preceding paragraph shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Substitute Assets, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Substitute Assets and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. The United States may also, to the extent practicable, provide direct written notice to any person, other than the Defendant, known to have an alleged interest in the Substitute Assets, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Substitute Assets, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Substitute Assets, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: New York, New York
      October __29__, 2025

SO ORDERED:

_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

The Clerk shall terminate ECF No. 189.